IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 4:15MJ03117-1 NCC |
| | ) | |
| VS. | ) | |
| | ) | |
| MATTHEW COX | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW, Raphael Morris and enters his appearance on behalf of the above named defendant.

Respectfully Submitted,

/s/ Raphael Morris II

Raphael Morris II #55245MO
2117 Olive Street
St. Louis, MO 63103
(314) 241.5900 Office
(314) 241.5902 Fax
rm@themorrisfirmSTL.com
**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was delivered to The Office of the United States Attorney on this 7th day of May 2015 via the Court's E-filing system.

/s/ Raphael Morris II