UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet – Criminal Case

**Date** 5/8/15 **Judge** Collins **Case No.** 4:15-mj-03117-NCC

**UNITED STATES OF AMERICA v.** Matthew Cox

Court Reporter FTR Deputy Clerk JJones

Assistant United States Attorney(s) James Delworth

Attorney(s) for Defendant(s) : Raphael O. Morris , II

Interpreter ____________ ☐ **SEALED PROCEEDING**

**Proceedings:**

☐ Initial Appearance ☐ Supervised Release Rev. ☑ Detention Hearing ☐ Preliminary Revocation
☐ Arraignment ☐ Bond Review ☐ Probation
☐ Preliminary Examination ☐ Bond Execution/Appearance Bond ☐ Supervised Release
☐ Motion Hearing ☐ In Court Hrg (**WAIVER OF MOTIONS**) ☐ Competency
☐ Evidentiary Hearing ☐ Change of Plea/Sentencing ☐ Pretrial/Status Conference
☐ Oral Argument/Non Evidentiary Hearing ☐ Rule 5(c)(3)Removal (Identity) ☐ Material Witness

Additional Information: Detention Hearing
The defendant executes a written waiver of his right to a detention hearing. The court will order the defendant detained.

☑ Oral Motion for appointment of counsel (GRANTED) ☑ Defendant is advised of rights/indicates understanding of those rights.

☐ Bail/Bond set in the amount of: $ ____________ ☐ Secured Appearance Bond ☐ Secured by 10%

☐ Secured by cash **only** ☐ Secured by property ☐ Unsecured bond ☐ O/R bond

☐ Government filed motion for pretrial detention. Detention hearing scheduled for ____________ before ____________

☑ Preliminary examination set for 5/20/15 @10:00 am before NCC

☐ Defendant arraigned ☐ Waives reading of indictment/information ☐ Matter taken under advisement

☐ Plea entered <u>not guilty</u> Order on pretrial motions: ☐ issued ☐ to issue

☐ Oral Motion for Suppression ☐ Written Motion for Extension of Time to File Pretrial Motions

☐ Defendant waives ____________ ☐ order to issue ☐ oral ruling

☐ Defendant waives evidentiary hearing ☐ By leave of court withdraws all pretrial motions ☐ No R&R will be forthcoming

Trial date/time ____________ Before ____________

☑ **Remanded to custody** ☐ **Released on bond**

Next hearing date/time 10:06 am Type of hearing 10:09 am Before ____________

Proceeding commenced ____________ Proceeding concluded ____________ Continued to ____________

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the criminal complaint.

☐ Based upon the evidence produced, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.

☐ Based upon the waiver, the Court finds probable cause to believe the defendant violated the law set out in the instant petition.